**The People of the State of Illinois, Plaintiff-Appellant, v. Dennis Overman, Defendant-Appellee.**

**Gen. No. 10,553.**

Fourth District.

October 8, 1964.

Robert J. Waaler, State's Attorney, of Urbana (Andrew Stecyk and Jack Waaler, Assistant State's Attorneys, of counsel), for appellant; Summers, Watson and Kimpel, of Champaign, for appellee. Opinion by PRESIDING JUSTICE CROW. **Not to be published in full.**